B6F (Official Form 6F) (12/07)

In re **Carlton David Radford**, Case No. **13-04323-8**
_____Debtor_____

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>American InfoSource LP<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | | - | Cell phone services. | | | | **Unknown** |
| Account No.<br><br>American Managment Associates LLC<br>2719 Graves Drive Unit 11<br>PO Box 2083<br>Goldsboro, NC 27533 | | - | Medical services provided. | | | | **Unknown** |
| Account No.<br><br>Bellsouth Telecommunications, INC.<br>One AT&T Way, Room 3a231<br>Bedminster, NJ 07921-2693 | | - | Open account opened 1/12 | | | | 253.00 |
| Account No.<br><br>Bobby G. Lucas Sr.<br>1556 Mt. Carmel Church Road NE<br>Pikeville, NC 27863-9195 | | - | Judgment 07CVM0040 | | | | 875.00 |

__6__ continuation sheets attached

Subtotal (Total of this page)   1,128.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carlton David Radford**                                ,   Case No.   **13-04323-8**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Carla Massengill**<br>**119 Clay Brook Drive**<br>**Goldsboro, NC 27534** | | - | **services not provided, money owed** | | | | **300.00** |
| Account No. **xxxxx1101**<br><br>**Citi Auto**<br>**4000 Regent Blvd**<br>**Irving, TX 75063** | | - | **Opened 2/01/01 Last Active 8/10/04**<br>**possible debt owed** | | | | **Unknown** |
| Account No.<br><br>**Darren Denison**<br>**110 Hyacinth Road**<br>**Goldsboro, NC 27534** | | - | **Revolving account** | | | | **Unknown** |
| Account No.<br><br>**Dave Coleburn**<br>**421 Dogwood Trail**<br>**Goldsboro, NC 27534** | | - | **Services not provided, money owed** | | | | **600.00** |
| Account No.<br><br>**Eastern Aluminum Supply**<br>**311 N Oak Forest Road**<br>**Goldsboro, NC 27534-8349** | | - | **Judgment 06CVM3643** | | | | **Unknown** |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **900.00**

In re  **Carlton David Radford**, Case No. **13-04323-8**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Future Financial Service, LLC**<br>**2502 E. Ash Street Suite A**<br>**Goldsboro, NC 27534-4539** | | - | **Personal Loan** | | | | **600.00** |
| Account No.<br>**Goldsboro Emergency Medical Service**<br>**PO Box K**<br>**Goldsboro, NC 27533-0825** | | - | **Open account opened 8/10** | | | | **394.00** |
| Account No.<br>**I C Sytem Inc**<br>**PO Box 64378**<br>**Saint Paul, MN 55164-0378** | | - | **Assignee or other notification for: AT&T** | | | | **Unknown** |
| Account No.<br>**Jefferson Capital Systems LLC**<br>**PO Box 7999**<br>**Saint Cloud, MN 56302-7999** | | - | **Collection account.** | | | | **Unknown** |
| Account No.<br>**Jimmy Franks**<br>**405 Banks Avenue**<br>**Goldsboro, NC 27534-1803** | | - | **Possible judgment** | | | | **1,500.00** |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,494.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Carlton David Radford**, Case No. **13-04323-8**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Mike Kimbrell<br>413 Green Street<br>Goldsboro, NC 27534 | | - | Lease contract | | | | Unknown |
| Account No.<br>Nationwide Insurance<br>1 W. Nationwide Blvd<br>Columbus, OH 43215-2220 | | - | Open account opened 5/08 | | | | 232.00 |
| Account No.<br>Nco Fin /99<br>507 Prudential Road<br>Horsham, PA 19044 | | - | Medical services rendered. | | | | Unknown |
| Account No.<br>NorthState<br>PO Box 10487<br>Goldsboro, NC 27532-0487 | | - | Collection | | | | Unknown |
| Account No. **xxxxxx8222**<br>Optimum Outcomes Inc<br>2651 Warrenville R<br>Downers Grove, IL 60515 | | - | Opened 8/01/10<br>Collection Attorney Goldsboro Emergency Specialist | | | | 394.00 |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **626.00**

In re  **Carlton David Radford**                                ,         Case No.   **13-04323-8**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**RBC Bank**<br>**500 N. Berkeley Blvd**<br>**Goldsboro, NC 27534-3408** | | - | **Banking fees** | | | | **Unknown** |
| Account No.<br><br>**Revenue Cycle Solution**<br>**421 Fayetteville Street**<br>**Ste 600**<br>**Raleigh, NC 27601-1777** | | - | **Assignee or other notification for: Goldsboro Emergency Medical Service** | | | | **Unknown** |
| Account No.<br><br>**Revenue Cycle Solution**<br>**421 Fayetteville Street**<br>**Ste 600**<br>**Raleigh, NC 27601-1777** | | - | **Revolving account.** | | | | **Unknown** |
| Account No.<br><br>**S&W Concrete Ready Mix**<br>**624 Powell Road**<br>**Goldsboro, NC 27534** | | - | **Revolving account.** | | | | **Unknown** |
| Account No.<br><br>**SCA Collections, Inc**<br>**PO Box 876**<br>**Greenville, NC 27835-0876** | | - | **Medical services rendered.** | | | | **Unknown** |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re **Carlton David Radford**, Case No. **13-04323-8**
                                  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Southeastern Auto**<br>**3708 E. Ash Street**<br>**Goldsboro, NC 27534-8315** | | - | **Repo deficiency** | | | | **Unknown** |
| Account No.<br>**Sprint**<br>**PO Box 8077**<br>**London, KY 40742-8077** | | - | **Phone services provided.** | | | | **Unknown** |
| Account No.<br>**Time Finance Service**<br>**PO Box 398**<br>**Mount Olive, NC 28365-0398** | | - | **Personal loan/possible judgment** | | | | **2,500.00** |
| Account No.<br>**US Cellular**<br>**8410 W. Bryn Mawr Avenue Suite 700**<br>**Chicago, IL 60631-3486** | | - | **Phone services provided.** | | | | **Unknown** |
| Account No.<br>**Wayne Memorial Hospital**<br>**PO Box 8001**<br>**Goldsboro, NC 27533** | | - | **Medical services provided.** | | | | **Unknown** |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Carlton David Radford**, Case No. **13-04323-8**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Wayne Radiologist, PA**<br>**PO Drawer 1757**<br>**Goldsboro, NC 27533** | | - | **Medical services rendered.** | | | | **Unknown** |
| Account No.<br>**Woodforest National Bank**<br>**102 N. Spence Avenue**<br>**Goldsboro, NC 27534** | | - | **Banking fees** | | | | **Unknown** |
| Account No.<br>**Yellow Pages**<br>**2247 Northlake Parkway**<br>**Tucker, GA 30084-4005** | | - | **Advertising fees.** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **7,648.00**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Carlton David Radford**,
Debtor

Case No.   **13-04323-8**

Chapter   **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 60,000.00 | | |
| B - Personal Property | Yes | 4 | 25,030.00 | | |
| C - Property Claimed as Exempt | Yes | 5 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 58,028.46 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 7,648.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,350.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,106.00 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| | | Total Assets | 85,030.00 | | |
| | | | Total Liabilities | 65,676.46 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Carlton David Radford**, Debtor

Case No. **13-04323-8**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | ---: |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
| --- | ---: |
| Average Income (from Schedule I, Line 16) | 5,350.00 |
| Average Expenses (from Schedule J, Line 18) | 5,106.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,300.00 |

**State the following:**

| | | |
| --- | ---: | ---: |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 7,648.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 7,648.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Carlton David Radford**                                             Case No.   **13-04323-8**
                                    Debtor(s)                                  Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __27__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 8, 2013**                    Signature   **/s/ Carlton David Radford**
                                                           **Carlton David Radford**
                                                           Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.